**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 06 2018 ★
JT

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE RESTASIS (CYCLOSPORINE OPHTHALMIC EMULSION) ANTITRUST LITIGATION | 18-MD-2819 (NG) (LB) |

THIS DOCUMENT APPLIES TO:

*Allied Services Division Health and Welfare Fund v. Allergan, Inc.* 2:17-CV-775 (E.D. Tex.)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Allied Services Division Health and Welfare Fund (Allied) by and through his undersigned counsel, voluntarily dismisses its complaint against the defendant Allergan, Inc., without prejudice and with each party bearing its own costs, expenses and attorneys' fees. No answer has been filed to the complaint and no party has moved for summary judgment. No class has been certified.

**DATED:** March 23, 2018                    Respectfully Submitted:

 *s/ James R. Dugan, II*
James R. Dugan, II (LSBA# 24785)
David S. Scalia (LSBA #21369)
Douglas R. Plymale (LSBA# 28409)
Bonnie A. Kendrick (LSBA# 31806)
THE DUGAN LAW FIRM, APLC
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
Email: jdugan@dugan-lawfirm.com
Email: dscalia@dugan-lawfirm.com
Email: dplymale@dugan-lawfirm.com
Email: bonnie@dugan-lawfirm.com

and

*Application granted.*

s/Nina Gershon
Nina Gershon, USDJ
4/4/2018

1

Art Sadin
Sadin Law Firm, P.C.
121 Magnolia Street, Suite 1022
Friendswood, Texas 77546
Phone: (281) 648-771 Fax: (281) 648-7799

***Attorneys for Plaintiff***

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2018, I electronically filed the foregoing Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF system.

*s/ James R. Dugan, II*
James R. Dugan, II