**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 0 9 2018 ★

BROOKLYN OFFICE

| | |
|---|---|
| IN RE RESTASIS (CYCLOSPORINE OPHTHALMIC EMULSION) ANTITRUST LITIGATION | 18-MD-2819 (NG) (LB) |

THIS DOCUMENT APPLIES TO:
EDNY 18-cv-1430 (NG)(LB)
*Louisiana Health Service and Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana, and HMO Louisiana, Inc. v. Allergan, Inc.* 3:18-cv-186 (M.D. La.)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Louisiana Health Service Indemnity

Company d/b/a Blue Cross and Blue Shield of Louisiana, and HMO Louisiana, Inc., (BCBSLA)

by and through his undersigned counsel, voluntarily dismiss their complaint without prejudice

and with each party bearing its own costs, expenses and attorneys' fees. No answer has been

filed to the complaint and no party has moved for summary judgment. No class has been

certified.

**DATED:** March 23, 2018

Respectfully Submitted:

*s/ James R. Dugan, II*
James R. Dugan, II (LSBA# 24785)
David S. Scalia (LSBA #21369)
Douglas R. Plymale (LSBA# 28409)
Bonnie A. Kendrick (LSBA# 31806)
THE DUGAN LAW FIRM, APLC
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

Application Granted

/s/ **Nina Gershon**

Nina Gershon, USDJ.
4/4/2018

1

Email: jdugan@dugan-lawfirm.com
Email: dscalia@dugan-lawfirm.com
Email: dplymale@dugan-lawfirm.com
Email: bonnie@dugan-lawfirm.com

And

Charles A. O'Brien (LSBA No. 10143)
Allison N. Pham (LSBA No. 29369)
HMO Louisiana, Inc.
BlueCross BlueShield of Louisiana
5525 Reitz Ave.
P.O. Box 98029
Baton Rouge, Louisiana 80809
Telephone: (225) 295-2445
Facsimile: (225) 297-2760

*Attorneys for Plaintiffs and the Proposed Class*

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2018, I electronically filed the foregoing Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF system.

*s/ James R. Dugan, II*
James R. Dugan, II