**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: RESTASIS (CYCLOSPORINE OPHTHALMIC EMULSION) ANTITRUST LITIGATION | MDL No. 2819<br><br>18-MD-2819 (NG) (LB) |
| This Document Relates To: All End-Payor Plaintiff Class Actions | |

**ALLERGAN, INC.'S NOTICE OF MOTION TO DISMISS**
**STATE LAW CLAIMS IN END-PAYOR PLAINTIFFS'**
**CORRECTED FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that the undersigned counsel on behalf of Defendant Allergan, Inc. will move this Court before the Hon. Nina Gershon, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date set by the Court, for an Order granting Allergan's Motion to Dismiss State Law Claims in End-Payor Plaintiffs' Corrected First Amended Consolidated Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support of its Motion, Allergan relies upon the accompanying Memorandum of Law, and any further reply submissions.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the December 4, 2018 Joint Stipulation and Order Extending Allergan's Deadline to Respond to the Operative End-Payor Plaintiffs' Consolidated Class Action Complaint, Dkt. No. 183, the End-Payor Plaintiffs' deadline to file an opposition is January 16, 2019, and Allergan's deadline to file a reply is January 23, 2019.

Dated: January 7, 2019  Respectfully submitted,

By: _____
M. Sean Royall
Jason C. McKenney
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
Tel.: (214) 698-3100
Fax: (214) 571-2900
sroyall@gibsondunn.com
jmckenney@gibsondunn.com

Richard H. Cunningham
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
Tel.: (303) 298-5700
Fax: (303) 298-5907
rhcunningham@gibsondunn.com

Eric J. Stock
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: (212) 351-4000
Fax: (212) 351-4035
estock@gibsondunn.com

*Attorneys for Defendant Allergan, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2019, I emailed the foregoing document, **ALLERGAN, INC.'S NOTICE OF MOTION TO DISMISS STATE LAW CLAIMS IN END-PAYOR PLAINTIFFS' CORRECTED FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**, to counsel of record for the Plaintiffs in accordance with the local rules of Hon. Nina Gershon.

Dated:  January 7, 2019                                       /s/ Matthew Parrott
                                                                              Matthew Parrott