

**Zwerling, Schachter & Zwerling, LLP**
Counselors at Law

**Dan Drachler,** Of Counsel
ddrachler@zsz.com

1904 Third Avenue
Suite 1030
Seattle, WA 98101
tel. 206•223•2053
fax 206•343•9636

New York
Long Island
Seattle

April 10, 2020

<u>Via CM/ECF</u>

The Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *In re Restasis (Cyclosporine Ophthalmic Emulsion) Antitrust Litigation*, 18-MD-2819 (NG)

Dear Judge Gershon:

Lead and Liaison Counsel for End Payor Plaintiffs ("EPPs") submit this letter to inform the Court that EPPs and Defendant recently engaged in mediation before the Honorable Edward Infante (Ret.) to explore the potential resolution of the above-captioned matter. The mediation was unsuccessful, and the litigation will therefore proceed as to EPPs and Allergan.

We hope that Your Honor, Court personnel and all of your families are well and we look forward to appearing in Brooklyn when the present public health crisis has been resolved.

Respectfully submitted,

Dan Drachler (2194751)
**ZWERLING, SCHACHTER & ZWERLING, LLP**

*EPP Liaison Counsel*

cc:  Counsel of Record (via ECF)

www.zsz.com