

September 22, 2020

**VIA ECF**

The Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    RE:    *In re Restasis (cyclosporine ophthalmic emulsion) Antitrust Litigation*
                *Case No. 18-md-2819-NG-LB*

Dear Judge Gershon:

    I write on behalf of the plaintiffs. The plaintiffs today served on Allergan the following documents:

1. End-Payor Plaintiffs' Notice of Motion for Summary Judgment on Monopoly Power, Antitrust Injury, Injury to Business and Property, and Interstate and Intrastate Commerce;

2. End-Payor Plaintiffs' Motion for Summary Judgment on Monopoly Power, Antitrust Injury, Injury to Business and Property, and Interstate and Intrastate Commerce;

3. Declaration of Scott Grzenczyk in Support of End-Payor Plaintiffs' Motion for Summary Judgment on Monopoly Power, Antitrust Injury, Injury to Business and Property, and Interstate and Intrastate Commerce;

4. Statement of Undisputed Facts in Support of End-Payor Plaintiffs' Motion for Summary Judgment on Monopoly Power, Antitrust Injury, Injury to Business and Property, and Interstate and Intrastate Commerce; and

5. Joint Appendix of Expert Reports for Summary Judgment and Daubert Motions.

    In accordance with the Court's Individual Motion Practices, once briefing on this motion is complete, the last-responding party will file all corresponding documents with the Court.

                                    Very truly yours,

                                    Dena C. Sharp
                                    GIRARD SHARP LLP

cc:    M. Sean Royall, Esq.
        Eric J. Stock, Esq.
        Matthew Parrott, Esq.
        End-Payor Plaintiff Lead and Liaison Counsel