# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Sean Royall, P.C.
To Call Writer Directly:
+1 214 972 1759
sean.royall@kirkland.com

1601 Elm Street
Dallas, TX 75201
United States

+1 214 972 1770

www.kirkland.com

Facsimile:
+1 214 972 1771

September 22, 2020

The Honorable Nina Gershon
The United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *In re Restasis (Cyclosporine Ophthalmic Emulsion) Antitrust Litig.*, MDL No. 2819

Dear Judge Gershon:

I write on behalf of Allergan, Inc. ("Allergan") in the above-referenced matter. Allergan served its Notice of Motion for Summary Judgment ("Motion") on the End-Payor Plaintiffs today, September 22, 2020. The following documents were served in support of the Motion:

- Allergan, Inc.'s Memorandum of Law in Support of Its Motion for Summary Judgment;

- Allergan, Inc.'s Statement of Material Facts in Support of Its Motion for Summary Judgment;

- Declaration of Matthew C. Parrott in Support of Allergan, Inc.'s Motion for Summary Judgment (with exhibits); and

- [Proposed] Order.

In accordance with the Court's Individual Motion Practices, once briefing on the Motion is complete Allergan will file all corresponding documents with the Court. Should the Court desire to have courtesy copies of Allergan's Motion and related papers before briefing has been completed, we would be pleased to provide them.

Sincerely,

M. Sean Royall