**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: RESTASIS (CYCLOSPORINE OPHTHALMIC EMULSION) ANTITRUST LITIGATION | Case No. 18-MD-2819 (NG) (LB) <br><br> Oral Argument Requested |
| This Document Relates To: All End Payor Plaintiff Class Actions | |

**ALLERGAN, INC.'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that the undersigned counsel on behalf of Defendant Allergan, Inc. will move this Court before the Hon. Nina Gershon, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date set by the Court, for an Order granting Allergan's Motion for Summary Judgment on all claims asserted in this action by the End Payor Plaintiffs.

**PLEASE TAKE FURTHER NOTICE** that, in support of its Motion, Allergan relies upon the accompanying Memorandum of Law, Statement of Material Facts, and Declaration of Matthew C. Parrott with accompanying exhibits.

Allergan respectfully requests that the Court grant the accompanying Proposed Order.

Dated:   September 22, 2020            Respectfully submitted,

By: */s/ M. Sean Royall*

M. Sean Royall
Rachael. A Rezabek
KIRKLAND & ELLIS LLP
1601 Elm Street, Floor 27
Dallas, TX 75201
sean.royall@kirkland.com
rachael.rezabek@kirkland.com

Eric J. Stock
Adam J. Jantzi
Clifford S. Hwang
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel:   (212) 351-4000
Fax:   (212) 351-4035
estock@gibsondunn.com
ajantzi@gibsondunn.com
chwang@gibsondunn.com

Jeffrey T. Thomas
Matthew C. Parrott
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Tel: (949) 451-3800
Fax: (949) 451-4220
jtthomas@gibsondunn.com
mparrott@gibsondunn.com

Bennett Rawicki (*pro hac vice* pending)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2997
Telephone:  (214) 698-3322
Facsimile:   (214) 571-2951
brawicki@gibsondunn.com

*Attorneys for Defendant Allergan, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 22, 2020, I served the foregoing Notice of Motion for Summary Judgment and the accompanying documents on lead counsel of record for the Plaintiffs via electronic mail.

Dated:  September 22, 2020                                                                  */s/ Rachael A. Rezabek*