March 10, 2020

**VIA ECF**
The Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:   *In re Restasis (cyclosporine ophthalmic emulsion) Antitrust Litigation*
               Case No. 18-md-2819-NG-LB

Dear Judge Gershon:

    Pursuant to the Court's Minute Order dated January 22, 2021, the parties write to identify the non-parties and former parties (the "Non-Parties") that were notified that their documents and testimony were submitted in connection with the pending summary judgment and *Daubert* motions, and whether they wish to be heard.

    The parties contacted the following Non-Parties regarding certain documents that were submitted under seal:

- Akorn
- Amneal
- Apotex
- CVS Caremark
- Deva Holding
- Famy Care
- HEB Grocery Company
- KPH
- MedImpact
- Pfizer (InnoPharma)
- Mylan
- Rxtra
- Teva
- TWi
- Walgreens[1]

    In response to the parties' inquiries, the Non-Parties confirmed that some documents did not need to be under seal and requested that others remain sealed.

    After these responses, neither Allergan nor EPPs seek to make public any Non-Party's confidential materials in connection with the currently pending summary judgment and *Daubert* motions. Allergan plans to move to seal all Non-Party documents that were not in the joint motion and that the Non-Parties have confirmed remain competitively sensitive and confidential, and EPPs will not oppose sealing this Non-Party information.

---

[1] The parties did not contact other non-parties who have produced documents in this litigation because neither party had any questions about the other non-parties' documents.

To: The Honorable Nina Gershon
Re: *In re Restasis (cyclosporine ophthalmic emulsion) Antitrust Litigation*,
Case No. 18-md-2819-NG-LB
March 10, 2021
Page:   2 of 4

In light of the fact that none of the parties opposes sealing any Non-Party's confidential information, and after further discussions with the Non-Parties, Allergan and EPPs propose that a schedule for Non-Party briefing is not necessary at this time. Instead, the parties request that if the Court believes that the motions to seal do not sufficiently support sealing of any Non-Party's confidential information, the Court provide the parties with 30 days' notice prior to ordering that the information be unsealed. During that 30-day period, the parties will provide notice to the affected Non-Parties and invite them to provide additional briefing or information if they wish to be heard. Allergan and EPPs believe that this solution will allow for more efficient and streamlined briefing to the Court, and allow the Non-Parties to focus any further briefing, if needed, on particular documents that concern the Court.

Finally, due to the time that it has taken to meet and confer with the Non-Parties, and because of the extensive amount of materials that are at issue, the parties also request a short extension to the following deadlines.

| Event | Current date | New date |
|---|---|---|
| Deadline to serve motions to seal any remaining documents (disputed or non-disputed) | March 16, 2021 | April 6, 2021 |
| Deadline to file redacted public versions of the Summary Judgment Motions and Daubert Motions | March 16, 2021 | April 12, 2021 |
| Responses/Oppositions to motions to seal | March 26, 2021 | April 16, 2021 |
| Replies in support of motions to seal | April 5, 2021 | April 26, 2021 |
| Submissions by Non-Parties | N/A | Within 30 days of any order from the Court providing such Non-Party with notice that inadequate support has been provided for sealing |

The parties have not previously requested an extension of time in connection with this briefing schedule.

Respectfully submitted,

By:   */s/ Dena C. Sharp*
Dena C. Sharp

By:   */s/ Eric J. Stock*
Eric J. Stock

To: The Honorable Nina Gershon
Re: *In re Restasis (cyclosporine ophthalmic emulsion) Antitrust Litigation*,
Case No. 18-md-2819-NG-LB
March 10, 2021
Page:   3 of 4

Scott M. Grzenczyk
Tom Watts
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846
dsharp@girardsharp.com
scottg@girardsharp.com
tomw@girardsharp.com


Joseph R. Saveri
Keydon Levy
Kyle P. Quackenbush
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
klevy@saverilawfirm.com
kquackenbush@saverilawfirm.com

Eric B. Fastiff
Adam Gitlin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
efastiff@lchb.com
agitlin@lchb.com

*Interim Co-Lead Counsel for the End-Payor Class Plaintiffs*

Dan Drachler (DD 1526)
Robert S. Schachter (RS 7243)
Sona Shah (SS 4712)
ZWERLING, SCHACHTER &
ZWERLING, LLP

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel:     (212) 351-4000
Fax:    (212) 351-4035
estock@gibsondunn.com

Matthew C. Parrott
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Tel.:    (949) 451-3800
Fax:    (949) 451-4220
mparrott@gibsondunn.com

*Attorneys for Defendant Allergan, Inc.*

To: The Honorable Nina Gershon
Re: *In re Restasis (cyclosporine ophthalmic emulsion) Antitrust Litigation*,
Case No. 18-md-2819-NG-LB
March 10, 2021
Page:   4 of 4

41 Madison Avenue
32nd Floor
New York, NY 10010
Telephone:  (212) 223-3900
Facsimile:   (212) 371-5969
ddrachler@zsz.com
rschachter@zsz.cpm
sshah@zsz.com

*Liaison Counsel for the End-Payor Class Plaintiffs*