## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: RESTASIS (CYCLOSPORINE OPTHALMIC EMULSION) ANTITRUST | Case No. 1:18-md-02819-NG-LB<br><br>**NOTICE OF FIRM NAME CHANGE** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the law firm of Joseph Saveri Law Firm, Inc. has changed its name to Joseph Saveri Law Firm, LLP, effective April 13, 2021. The contact information for Joseph R. Saveri and Kyle P. Quackenbush, counsel for Plaintiffs in the above-captioned action, is now:

>   Joseph R. Saveri
>   Kyle P. Quackenbush
>   JOSEPH SAVERI LAW FIRM, LLP
>   601 California Street, Suite 1000
>   San Francisco, CA 94108
>   Phone: (415) 500-6800
>   jsaveri@saverilawfirm.com
>   kquackenbush@saverilawfirm.com

Dated: April 20, 2021

By: _/s/ Joseph R. Saveri_
      Joseph R. Saveri

Joseph R. Saveri
Kyle P. Quackenbush
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
kquackenbush@saverilawfirm.com