**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Eric J. Stock
Direct: +1 212.351.2301
Fax: +1 212.716.0801
EStock@gibsondunn.com

August 2, 2021

VIA CM/ECF

The Honorable Nina Gershon
The United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *In re Restasis (Cyclosporine Ophthalmic Emulsion) Antitrust Litig.*, Case No. 18-MD-2819; *MSP Recovery Claims, Series LLC, et al. v. Allergan, Inc.*, Case No. 19-CV-26249

Dear Judge Gershon:

Pursuant to the Court's June 16, 2021 Order, Allergan and MSP Plaintiffs provide this update on settlement efforts. The parties' written settlement agreement is substantially complete, and it is currently awaiting final approval from Allergan's senior management. The parties anticipate having a finalized executed settlement agreement within 30 days and propose providing an update to the Court by September 1, 2021, if that is acceptable to the Court.

Respectfully,

*/s/ Eric J. Stock*
Eric J. Stock

cc: Counsel of Record (*via CM/ECF*)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.