

September 17, 2021

**<u>VIA ECF</u>**
The Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    *In re Restasis (cyclosporine ophthalmic emulsion) Antitrust Litigation*
               *Case No. 18-md-2819-NG-LB*

Dear Judge Gershon:

      The End-Payor Plaintiffs ("EPPs") write to provide an update on settlement. The parties' written settlement agreement is awaiting final approval from Allergan's senior management. EPPs and Allergan anticipate that a motion for preliminary approval will be filed no later than October 1, 2021.

                                            Respectfully submitted,

                                      By:   */s/ Eric B. Fastiff*
                                                 Eric B. Fastiff
                                                 Adam Gitlin
                                                 Dan Drachler (DD 1526)
                                                 LIEFF CABRASER HEIMANN &
                                                 BERNSTEIN, LLP
                                                 275 Battery Street, 29th Floor
                                                 San Francisco, CA 94111-3339
                                                 Telephone: (415) 956-1000
                                                 Facsimile: (415) 956-1008
                                                 efastiff@lchb.com
                                                 agitlin@lchb.com
                                                 ddrachler@lchb.com

                                                 *Interim Co-Lead Counsel for the End-Payor*
                                                 *Class Plaintiffs*