**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE RESTASIS (CYCLOSPORINE OPHTHALMIC EMULSION) ANTITRUST LITIGATION | Case No. 18-MD-2819 (NG) (LB) |
| THIS DOCUMENT APPLIES TO:<br><br>ALL END-PAYOR PLAINTIFF CLASS ACTIONS | |

**NOTICE OF END-PAYOR PLAINTIFFS' UNOPPOSED MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT, PRELIMINARY APPROVAL OF PLAN OF ALLOCATION, AND ORDER OF DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that the undersigned counsel on behalf of the End-Payor Plaintiffs will move this Court before the Honorable Nina Gershon, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on **July 12, 2022, at 2:00 p.m.**, for an order finally approving their settlement with Defendant Allergan, approving the plan of allocation, and dismissing their claims with prejudice.

In support of this unopposed motion, End-Payor Plaintiffs rely on the accompanying memorandum of law, as well as the separately filed Joint Declaration of End-Payor Co-Lead Counsel.

End-Payor Plaintiffs have submitted a proposed order with the motion.

Dated: May 17, 2022

Respectfully submitted,

/s/ *Dena C. Sharp*

Dena C. Sharp
Scott Grzenczyk
Tom Watts
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsharp@girardsharp.com
scottg@girardsharp.com
tomw@girardsharp.com

/s/ *David T. Rudolph*

Eric B. Fastiff
Dan Drachler
David T. Rudolph
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008

efastiff@lchb.com
ddrachler@lchb.com
drudolph@lchb.com
agitlin@lchb.com

/s/ *Joseph R. Saveri*

Joseph R. Saveri
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, CA 94108
Tel: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com

*End-Payor Co-Lead Counsel*

/s/*Robert S. Schachter*

Robert S. Schachter (RS 7243)
ZWERLING, SCHACHTER
& ZWERLING, LLP
41 Madison Avenue, 32nd Floor
New York, NY 10010
Tel: (212) 223-3900
Fax: (212) 371-5969
rschachter@zsz.com

*End-Payor Liaison Counsel*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2021, I served the foregoing document via electronic mail in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or Item 3.C of your Honor's Individual Motion Practices.

*/s/ Dena C. Sharp*
Dena C. Sharp
